WILLIAMS v. STATE.
No. 17797.

Court of Criminal Appeals of Texas.
Dec. 11, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
Dec. 11, 1935.

Willie WILLIAMS, Appellant, v. STATE of Texas, Appellee.
No. 17799.

Court of Criminal Appeals of Texas.
Dec. 11, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is passing a forged instrument; penalty assessed at confinement in the penitentiary for two years.

The indictment and other proceedings appear regular. Appellant entered a plea

of guilty. The record is before this court without statement of facts and bills of exception.

The judgment is affirmed.